IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**CHARLES SALISBURY,**       **CIVIL ACTION NO. 1:16-CV-104**
                             **JUDGE IRENE M. KEELEY**
    **Plaintiff,**

**V.**

**PRIMECARE MEDICAL OF**
**WEST VIRGINIA, INC.,**

    **Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL

Comes now Plaintiff, Charles Salisbury, by his counsel, Hoyt Glazer and the Law Office of Hoyt Glazer, PLLC, and provides notice of the voluntary dismissal of his Complaint as styled above, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

    PLAINTIFF, CHARLES SALISBURY,
    By His Counsel,

s/ Hoyt Glazer
Hoyt Glazer, Esq. (WV Bar #6479)
Law Office of Hoyt Glazer, PLLC
618 Tenth Street, Suite 105
Huntington, WV 25701
T. 681-204-3914
F. 681-245-6283

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**CHARLES SALISBURY,**                               **CIVIL ACTION NO. 1:16-CV-104**
                                                     **JUDGE IRENE M. KEELEY**
    **Plaintiff,**

V.

**PRIMECARE MEDICAL OF**
**WEST VIRGINIA, INC.,**

    **Defendant.**

## CERTIFICATE OF SERVICE

    I, Hoyt Glazer, counsel for the Plaintiff, hereby certify that on October 7, 2016, I have served a copy of the Plaintiff's Notice of Voluntary Dismissal to the Defendant's counsel named below:

Thomas Weber, Esq.
PrimeCare Medical
3940 Locust Lane
Harrisburg, PA 17109

    */s/Hoyt Glazer*
Hoyt Glazer (WV #6479)
Law Office of Hoyt Glazer, PLLC
618 10th Street, Suite 105
Huntington, WV 25701
681-204-3914